UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JAMES FRANK LIENEMANN,
# 673962,

       Petitioner,

v.

SHIRLEE HARRY,

       Respondent.

Case No. 1:14-cv-43

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the Memorandum Opinion entered this day:

**IT IS ORDERED** that petitioner's application for habeas corpus relief is hereby **DENIED** because it fails to raise a meritorious federal claim.

Dated: March 2, 2017

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge